UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 09-04789-MMM(CWx) |
| Date | September 9, 2010 |

Title    Alfredo Saldivar vs Priority One Medical Transport, Inc.

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None appearing                              None appearing

**Proceedings:**     [In Chambers] Order re Dismissal for Lack of Prosecution

On August 12, 2010, the court directed counsel to file a motion for preliminary settlement approval within two weeks.

On August 26, 2010, the court granted the parties' stipulation to extend the deadline to file a motion for preliminary settlement approval to September 8, 2010.

The parties failed to comply with this court's order. Consequently, the court issues an Order to Show Cause why this action should not be dismissed for lack of prosecution and for failure to comply with this court's orders.

A written response or a motion for preliminary settlement approval must be filed no later than September 15, 2010. Failure to comply with this court's order will result in the immediate dismissal without further notice.