JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO SALDIVAR, an individual, on behalf of himself and all other similarly situated individuals, and the general public<br><br>               Plaintiff,<br><br>               vs.<br><br>PRIORITY ONE MEDICAL TRANSPORT, INC., a California corporation, and DOES 1 through 100, inclusive,<br><br>               Defendants. | CASE NO. CV 09-04789 MMM (Ex)<br><br>JUDGMENT |

On March 22, 2011, the court issued a final order certifying a settlement class and approving the parties' settlement. In that same order, the court awarded class counsel $71,666.60 in attorneys' fees and $15,000 in litigation costs, awarded the class representative a $5,000 incentive award, and awarded $20,000 in administration costs to Epiq Class Action & Claims Solutions. Accordingly,

IT IS ORDERED AND ADJUDGED that:

    1.    This action be, and it hereby is, dismissed with prejudice;

    2.    Class counsel is awarded $71,666.60 in attorneys' fees and $15,000 in

1 litigation costs;

2     3. The class representative is awarded a $5,000 incentive award; and

3     4. Epiq Class Action & Claims Solutions is awarded $20,000 in administration

4 fees.

6 DATED: March 22, 2011      *[signature]*
                               MARGARET M. MORROW

7                                UNITED STATES DISTRICT JUDGE